UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN MILLERS MUTUAL
INSURANCE COMPANY,
a Michigan mutual insurance company,

    Plaintiff,

vs

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,
a foreign corporation, and
EMCASCO INSURANCE COMPANY,
a foreign corporation,

    Defendants.

Case No.: 16-cv-11767

THE HONORABLE
LAURIE J. MICHELSON
MAGISTRATE JUDGE
MONA K. MAJZOUB

_____

| | |
|---|---|
| THOMAS M. TUPPER (P42908)<br>Grua, Tupper & Young, PLC<br>Attorney for Plaintiff<br>2401 East Grand River Avenue<br>Lansing, MI 48912<br>(517) 487-8300 / Fax: (517) 487-8306<br>tupper@wedolawinlansing.com | HEIDI D. HUDSON (P32495)<br>ZAUSMER, AUGUST &<br>CALDWELL, P.C.<br>Attorney for Defendant<br>EMCASCO Insurance Company, Only<br>31700 Middlebelt Road, Suite 150<br>Farmington Hills, MI 48334<br>(248) 851-4111 / Fax: (248) 851-0100<br>hhudson@zacfirm.com |
| | MICHELE A. CHAPNICK (P48716)<br>GREGORY AND MEYER, P.C.<br>Attorney for Defendant Travelers<br>340 E. Big Beaver Road, Suite 520<br>Troy, MI 48083/(248) 689-3920<br>mchapnick@gregorylaw.com |

**CERTIFICATE OF SERVICE**

{00769833}                                              1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2016, I caused **Filed Doc. #2 – Notice of Appearance for Defendant EMCASCO Insurance Company, Only** by attaching a copy of said document **VIA E-MAIL to:  Thomas M. Tupper**, **Esq.** at tupper@wedolawinlansing.com.

    Respectfully submitted,

    ZAUSMER, AUGUST & CALDWELL, P.C.

    /s/ Heidi D. Hudson
    Heidi D. Hudson (P32495)
    Attorney for Defendant
    EMCASCO Insurance Company, Only
    31700 Middlebelt Road, Suite 150
    Farmington Hills. MI  48334
    (248) 851-4111
    hhudson@zacfirm.com

Dated:  May 23, 2016